

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00332-CV

| | | |
|---|---|---|
| Jessica Jackson Hill | § | From the 393rd District Court of |
| | § | Denton County (2010-61352-393) |
| v. | § | January 9, 2014 |
| | § | Opinion by Justice McCoy |
| Steven Hill | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Jessica Jackson Hill shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy